# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

Jose Luis Cabrera, Deceased; Claudia )
Jeaneth Jiminez Cabrera, North Dakota )
Personal Representative of Jose Luis )
Cabrera, Surviving Spouse, and Guardian )
of their Minors, )
                )
        Plaintiffs, )    **ORDER ADOPTING REPORT**
                )    **AND RECOMMENDATION**
    vs. )
                )    Case No. 1:18-cv-091
Pyramid Instrumentation and Electric )
Corporation now known as PTW Energy )
Service, )
                )
        Defendant. )

Claudia Jiminez Cabrera initiated the above entitled action *pro se* with the payment of the filing fee and the filing of a complaint May 4, 2018, alleging in substance that defendant discriminated against and otherwise violated the rights of Cabrera's husband, now deceased, while he was in the defendant's employ. On June 5, 2018, Magistrate Judges Charles S. Miller, Jr. issued a Report and Recommendation recommending that if Ms. Cabrera failed to retain counsel or if counsel failed to file a notice of appearance by July 30, 2018, the court should dismiss the above-entitled action without prejudice because she is not a licensed attorney and is not permitted to represent anyone but herself. See Doc. No. 4. On August 21, 2018, Magistrate Judge Charles S. Miller, Jr., issued a second Report and Recommendation again recommending that the case be dismissed if Ms. Cabrera failed to obtain counsel. See Do. No. 10. Ms. Cabrera was granted two extensions of time to find counsel and/or object to the Report and Recommendation, with the last deadline being November 30, 2018. See Doc. Nos. 10 and 12. Ms. Cabrera filed an objection on November 30, 2018. See Doc. No. 13.

The Court has carefully reviewed the two Reports and Recommendations and the entire record, Cabrera's objection, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Reports and Recommendations (Docket Nos. 4 and 10) in their entirety. The Court **DISMISSES** the complaint without prejudice.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2018.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court